IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLE MALLORY,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>S & S PUBLISHERS, et al.,<br><br>　　　　　　　Defendants. | CIVIL ACTION<br>NO. 14-5702 |

# ORDER

**AND NOW**, this 9th day of March, 2016, upon consideration of Plaintiff's Fourth Amended Complaint (Doc. No. 61), the Motion to Dismiss (Doc. No. 65), the Response in Opposition to the Motion to Dismiss (Doc. No. 70), the Reply (Doc. No. 72), and the pertinent sections of Norman Mailer: A Double Life, and in accordance with the Opinion issued by the Court on this day, it is **ORDERED** that Defendants' Motion to Dismiss (Doc. No. 65) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendants' Motion to Dismiss is **GRANTED** with respect to Plaintiff's Commercial Disparagement-Injurious Conduct claim and part of Plaintiff's defamation claim.

2. Defendants' Motion to Dismiss is **DENIED** with respect to Plaintiff's defamation *per se* claim, Plaintiff's false light claim, and part of Plaintiff's defamation claim.

3. Defendants are **ORDERED** to file an Answer to Plaintiff's remaining claims within fourteen (14) days from the entry of this Order.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　/s/ Joel H. Slomsky
　　　　　　　　　　　　　　　　　　　　JOEL H. SLOMSKY, J.