

Page 34 - DALLAS COWBOYS WEEKLY - August 8, 1981

# COWBOYS CONFIDENTIAL

Drudgery of training camp was broken up by the appearances on separate days of two very attractive visitors from Hollywood — actresses Eileen Dietz and Carole Mallory. **Carole Mallory** has appeared in "Looking for Mr. Goodbar," "The Stepford Wives" and "Take This Job and Shove It," plus numerous TV shows. She was a model and cover girl before moving into acting. Her "Take This Job and Shove It" poster is the sexiest thing since **Charlie Waters'** beefcake poster of a few years ago.

LENNON 000045



# NEW YORK POST

1981 **25 CENTS** © 1981 News Group Publications Inc.   Vol. 180, No. 311
**AMERICA'S FASTEST-GROWING NEWSPAPER**

NEW YORK POST.  FRIDAY, NOVEMBER 13, 1981



## Last Night
### with
### EARL WILSON



★ ★ ★
   **SEX SYMBOL** Carole Mal-
lory plays a wheel chair patient
who seduces a male nurse in
*The Nurse* TV series starring
Michael Learned and Bob Reed
at Metropolitan Hospital.
David Morse, playing the male
nurse, pushed her so hard when
she tried to seduce him that she
suffered a torn ligament and
had to see a real doctor.
   ★ ★ ★                    **CAROLE**

LENNON 000046



# POST ENDORSES KOCH
## A mayor for all citizens
PAGE 28

TODAY
Mostly cloudy, near 80

TONIGHT
Chance of showers. 85-78

TOMORROW
Mostly cloudy, near 80
Details, Page 2

# NEW YORK POST

METRO
SPORTS FINAL

TV listings: P. 71    THURSDAY, SEPTEMBER 3, 1981    25 CENTS    © 1981 News Group Publications Inc.  Vol. 180. No. 249
AMERICA'S FASTEST-GROWING NEWSPAPER    AVERAGE DAILY SALES EXCEED 730,000



Post Photo by Arl Mintz

**RADICAL CHIC . . .** Carol Mallory, star of "Take This Job and Shove It," declares she's a one-woman labor force on the steps of City Hall. In hand are two posters of herself she plans to send to Reagan and Koch.

LENNON 000047

# NEW YORK POST

THURSDAY, SEPTEMBER 24, 1981 · **25** CENTS · © 1981 News Group Publications Inc. · Vol. 180, No. 267

**AMERICA'S FASTEST-GROWING NEWSPAPER**



**AFTER THE BRAWL . . .** *Appearing bored and detached, slugger Reggie Jackson stares into space at Oren & Aretsky Restaurant after Yankee Stadium fight last night. He didn't even notice Dave Revering's beautiful girl friend, Carole Mallory. Brawl details on Back Page.*

Post Photo by Joe DeMaria



# BASEBRAWL

LENNON 000048

THE SUN, Saturday, January 23, 1982     9

# STAR BITES



## Nasty's little smasher

THE CLOWN Prince of tennis Ilie Nastase takes a practice swing at the stunning form of New York actress Carole Mallory. But it's a friendly tap because she's the current No. 1 seed in the Romantic Rumanian's love life. The broken racket is not the result of another "Nasty" tantrum. Blonde Carole, who has just made a film with her sporting star, said: "He trod on it — accidentally!"

LENNON 000049



# NATIONAL ENQUIRER

40¢

September 15, 1981    30586-2    LARGEST CIRCULATION OF ANY PAPER IN AMERICA

## TV—BEHIND THE SCREENS



### Poster Perfect Carole

This sizzling poster of sexy actress Carole Mallory has sold as many copies as Farrah Fawcett's phenomenally successful pinup shot — and curvy Carole hopes it'll do just as much for her TV career. Carole, who's guested on numerous top TV shows, is walking on air since sales began zooming.

LENNON 000050



LENNON 000051

# N.Y. LOCAL/ON CABLE

# Nikki Haskell: Manhattan's Cable Baby

### By Susan Doukas

"**G**et ready, it's time for the cable baby of the 80's... It's time for the never-had-such-a-good-time television show: 'The Nikki Haskell Show.'"

The hostess herself is speaking in her throaty, persuasive voice, opening the show for its third season on Manhattan Cable TV. It is seen on Ch. J at 7:30 p.m. Wednesdays, 9:30 p.m. Thursdays and 1 a.m. Fridays, and on Ch. 10 at 7:30 p.m. Tuesdays. Haskell's viewers are likely to be the people who read the gossip columns, or anyone who likes to watch the rich, powerful, talented, stylish or merely good-looking in a mood to please.

Producer, director and star of the show, Haskell could be dubbed the Perle Mesta of the 80's—a bon vivant, trend setter and go-getter. Her magazine-format program looks as though it stepped out of the glossy pages of Vogue, as do the commercials—Pan Am, Sasson, Candies Shoes and the like—featuring the right people in the right clothes. And she and her video cameras seek them out at the right places, whether Rio, Cannes or the New York Film Festival. If the places are not especially right to begin with—such as the cavernous Underground disco off Union Square—the frequent presence of Haskell and crew helps make them so.

"Each show comes from three or four places," explains the 39-year-old Haskell as she sits at her ease in her rather too heavily furnished apartment-cum-office on the top floor of an Upper East Side high rise. "I recently threw a party for the artist Gustavo Novoa on the second night of the reopening of Studio 54. I did four or five interviews there, which I'll edit into my first few shows. I got a terrific exclusive interview with Steve Rubell, the Studio's previous owner, in which he talks about his experiences in prison, and with Mark Fleischman, the new owner, and with actors Peter Firth and Amy Irving.

"Last season, when I covered the Wally Findlay Gallery, I did about 15 or 16 interviews from there. I changed clothes in every interview (I'm the fastest bathroom quick-change artist around), so when it came time to edit them, I could scatter the interviews over 18 shows."

Although Haskell is noted for the adventurous clothes she wears on her show, for our visit she was wearing a red gingham dress that could almost be called dreary. Her figure is trim, her hair brown and her eyes—her best feature after her voice—are a speckled hazel. Having been a stockbroker (for Drexel Burnham) from 1965 to 1977, she speaks without hems and haws.

"I always have some of the shows laid in at least six week in advance," she continues. "I've already covered designers Albert Capraro, Oscar de la Renta, Mary McFadden and Bill Blass for this fall, so I have done all that. Plus I do the Underground."

In Haskell's none too modest opinion, she put the Underground on the map. "I took an empty, gay discotheque," she says, "and made it into the most important club in the city. I threw the parties and created the environment. I kept New York night life alive last year. All the parties are 'theme' parties and usually thrown for prominent personalities. I have my video crew there and I interview a lot of these personalities for subsequent shows.

"I'm able to use the Underground as a home base for my shows. It's worked out very well. It makes it very easy because we speak to a lot of the press agents during the week and they send over whoever's in town to the Underground. But we've shot from everywhere, not just the Underground. We've shot from Regines, Monte Carlo, Rio. We shot Gerry Cooney at Madison Square Garden. We recently did a party at the Roxy for one of our sponsors, Candies Shoes, during Shoe Week. I interviewed actor Ricky Schroeder, disco singer Gloria Gaynor, Betty Thomas of 'Hill Street Blues' and the current Miss Universe. Those will be in some of my first few shows this season, as well as a fashion show and auction from the Pines Conservation Society on Fire Island."

The subject of fashion brought to mind Prince Egon von Furstenberg, fashion designer and sometime co-host of last year's show. Haskell explains how he got involved.

"I met Egon socially. We always ran into each other. Someone asked him to do this jet-set gossip column show, and he said he only wanted to do it if I co-hosted it. We contracted to do the show. Then, when Egon called and said he was too tied up to do the show, I did it myself. When he was in town we shot as much footage with him as we could. We put it in different shows. This year he's not going to be in any of them. He just doesn't have the time, which is too bad because I love doing the show with him."



**THE RIGHT PEOPLE:** *Carole Mallory and Orson Bean with Haskell.*

LENNON 000052



LENNON 000053

GL🌐BE

Vol. 28 — No. 27

July 7, 1981

40¢

# GO BEHIND THE SCENES WITH THE MAN THE STARS TALK TO

# Robin Leach



CAROL MALLORY is the lucky actress who gets to kiss handsome Robert Hays in this sizzling scene from their new movie, Take This Job And Shove It. When Carol posed for a sexy poster, it became an overnight bestseller.

LENNON 000054

National Number 7 July 8, 1981                    $1.00

OUR
NATIONAL
EDITION

# the AQUARIAN weekly

*for New York, New Jersey, Pennsylvania & Connecticut*

## CALIFORNIA REPORT

# All About Eric Clapton, Carole Mallory, Carl Wilson, Ozzy Osbourne, and Southside Johnny

by Eliot Sekuler and Sam Graham

(Eliot Sekuler is an editor at Record World.)



Carole Mallory.

57  THE AQUARIAN NATIONAL/JULY 1-8, 1981



**THURSDAY**

**JULY 2, 1981**    3-3-3-3

TRIUMPH TO WRITE CITY SONG?: MISSISSAGUA, ONTARIO MAY BECOME THE FIRST CITY IN NORTH AMERICA TO HAVE AN OFFICIAL SONG WITH HEAVY METAL OVERTONES.

MISSISSAGUA MAYOR HAZEL MCCALLION HAS ASKED THE CANADIAN ROCK GROUP, TRIUMPH, TO WRITE AN OFFICIAL ANTHEM FOR THE CITY, SINCE IT HAPPENS TO BE THE BAND'S HOMETOWN.

HOWEVER, TRIUMPH'S DRUMMER GIL MOORE ISN'T SURE THE BAND WILL FOLLOW-THROUGH ON THE OFFER. "TO TELL YOU THE TRUTH," MOORE SAYS, "WE'RE NOT SURE IF MISSISSAUGANS CAN STAND AT ATTENTION IN FRONT OF A FLAG WHEN THEY SHAKE, RATTLE AND ROLL." OH WELL, JUST REMEMBER WHAT JIMI HENDRIX DID FOR THE "STAR SPANGLED BANNER."

JOHNNY PAYCHECK: THE POSTER GIRL KING: JOHNNY PAYCHECK HAS PERSUADED THE FILM COMPANY, AVCO-EMBASSY TO FEATURE ACTRESS CAROLE MALLORY ON A POSTER THAT'S BEING DISTRIBUTED TO PROMOTE THE MOVIE BASED ON HIS SONG, "TAKE THIS JOB AND SHOVE IT,"

THE FILM COMPANY CHOSE MALLORY OVER THE MOVIE'S TOP BILLED STAR, BARBARA HERSHEY, AFTER PAYCHECK TOLD THEM: (QUOTE) "THAT GIRL DOES FOR A T-SHIRT WHAT LANA TURNER DID FOR SWEATERS."

IF YOU COULD SEE THE POSTER, YOU'D KNOW WHAT PAYCHECK IS TALKING ABOUT. SUFFICE IT TO SAY THAT MALLORY'S T-SHIRT HAS HOLES CUT IN ALL THE RIGHT PLACES.

(THE POSTER IS BEING SOLD BY PRO-ARTS, THE SAME COMPANY THAT SOLD MILLIONS OF FARRAH FAWCETT-MAJORS AND BO DEREK POSTERS.)

*(Eliot Sekuler, Record World's Coast Column)*

::STARSHIP            (7/1/81)

 210 CALIFORNIA STREET, SAN FRANCISCO, CA 94111 (415) 362-3045

LENNON 000056

BIOGRAPHY

CAROLE MALLORY

Actress Carole Mallory, currently featured in the hit movie, "Take This Job And Shove It", was the natural choice when PRO ARTS POSTERS INC. were looking for someone glamorous and sexy to be photographed in a poster publicizing the film.

And when executives from PRO ARTS POSTER INC. (who produced the famous Farah Fawcett piece of wall art) met with Carole they hastily revised --upwards-- their production figures.

The reasons are obvious:  Carole is glamorous and beautiful and sexy.  But she also had a long career as a model and cover girl. She's used to this kind of work.

Before moving full time into acting, Carole's face and figure graced covers of Cosmopolitan, Esquire, Newsweek, GQ, New York Magazine (four times).  Literally hundreds of fashion layouts had Carole representing everyting from mink to perfume.  Recalls Carole:  "I became nationally known in the U.S. as the Faberge 'Tigress girl' when I did TV commercials with an unknown moviemaker called Michael Cimino, long before 'Heaven's Gate' opened for him!"

But this side of the life of Carole Mallory -- the "Take This Job" poster notwithstanding -- is a closed shutter.

Her blue eyes are now firmly fixed on the movie/TV/theatre worlds.

IN MOVIES:  Apart from "Take This Job And Shove It," Carole has been directed by Ralph Bakshi - FIRE FICE - just completed - Richard Brooks ("Looking For Mr. Goodbar") Bryan Forbes ("The Stepford Wives"),

LENNON 000057

-Page 2-

Sam Peckinpah ("Killer Elite"), Daniel Mann ("For The Love Of Ivy")
and Jerry Schatzberg ("Puzzle of A Downfall Child").

IN TELEVISION:  Carole's channels include guest spots on
"Fantasy Island," "Charlie's Angels," "Police Story," "Man From
Atlantis," "The Tony Randall Show," "Starsky and Hutch," "Delveccio,"
"McCloud," and "Harry O."  Carole also appeared in two NBC "Movie
Of The Week" -- "Brave New World," and "In The Glitter Palace" --
and the NBC mini series, "Wheels," directed by Emmy-winner Jerry
(Shogun) London.

Carole was also resident for seven years in Summer Stock,
working with the Bucks County Playhouse, PA, appearing in such
plays as "Picnic," "Mary, Mary" and "Barefoot in The Park."

With a Penn State scholarship and a Masters Degree from
Temple University's Tyler School of Art, Carole Mallory's first
career was teaching Fourth through Sixth Graders in the Pittsburgh
ghetto of Mt. Washington.

Next she combined her love of travel with a brief career
as a Pan American Airways airline stewardess.  Pan Am literally
landed her in Paris where she was spotted by Class A photographer
Guy Bourdin.  For four months she modeled the Italian collections
for French Vogue and began Career No. 3 -- modeling.

The Eileen Ford Agency in the U.S. brought Carole back to
the U.S. where her modeling and cover girl career hit its peak.
For several years Carole was one of the most in-demand models

MORE......

LENNON 000058

-Page 3-

in the country.  As well as Faberge, Carole represented (De Beers
Diamonds, The Bahamas, Wrangler Jeans, TABU, Olympic Airlines, Almay
Cosmetics, Tweed perfume, Lady Remington and Revlon to name just a
few...)  When Newsweek did one of their celebrated fashion round up
cover stories, it was Carole's face and figure that represented the
trends...and boosted the newsmagazines circulation, to surpass all
other cover sales (except Watergate) for the seventies.

    Carole Mallory's career switches -- from teacher to stewardess
to model to actress -- have not necessarily been a case of taking
these jobs and shoving them, but now Carole intends to stay right
where she is.

<u>Rising young actress...</u>

# #4

Whiteridge
part 10

LENNON 000060



# The siren who conquered Hollywood: Socialite Carole Mallory on her flings with the rich and famous

By ANNETTE WRITHERIDGE
Last updated at 15:39 03 May 2008

Carole Mallory was a supermodel before the word was invented.

She graced the covers of countless magazines, slept with a slew of famous men, developed a drug addiction, drank herself into oblivion and now lives quietly in obscurity with her second husband.

So, when the news broke last week that Harvard University had bought her papers - a collection of unpublished memoirs, raunchy manuscripts and a decade's worth of diaries - it raised more than a few eyebrows.

**Scroll down for more ...**

LENNON 000061

The siren who conquered Hollywood: Socialite Carole Mallory on her flings with the rich... Page 2 of 11



Intimate secrets: Carole Mallory was Norman Mailer's muse

Harvard librarians were quick to claim they'd bought the collection – held in seven cardboard boxes – purely as an insight into the writing methods of literary giant Norman Mailer, because buried among the yellowing papers were handwritten edits and writing tips from him.

Understandable, perhaps, because the author – who died in November aged 84 – was one of America's leading writers, revered and reviled in almost equal measure.

He made and lost several fortunes with books such as The Naked And The Dead, An American Dream and The Executioner's Song.

But what the Harvard academics ignored, when they announced their purchase, was that six-times-married Mailer had enjoyed a secret nine-year affair with Mallory, 25 years his junior, and her unedited, handwritten notes paint a damning portrait of him.

http://www.dailymail.co.uk/femail/article-563593/The-siren-conquered-Hollywood-Sociali...   9/28/2008

LENNON 000062

The siren who conquered Hollywood: Socialite Carole Mallory on her flings with the rich... Page 5 of 11

**Scroll down for more ...**



© STEVE DOUGLASS/DIGITAL BEACH MEDIA

Considerable conquests: Robert De Niro asked her out after bumping into her in a lift

She charts the affair in explicit detail from the early days of 1983, noting "He is hung like a stallion and proud of it", to the waning months of 1992, by which time she's no longer interested in sleeping with the ageing author and he's content with an unsatisfactory sexual encounter once a week.

At one point during their relationship, Mailer's homosexual fantasies and bizarre sexual preferences became so extreme they led Carole to believe he was having affairs with men.

Now aged 66 and living quietly in Pennsylvania with her husband of the past seven years - whom she describes as "someone who isn't known to anyone" - Mallory was a forerunner of today's celebrity-obsessed culture.

Before she even met Mailer, her life was dictated by the desire to be famous - or at least to live among the famous - and it

http://www.dailymail.co.uk/femail/article-563593/The-siren-conquered-Hollywood-Sociali...  9/28/2008

LENNON 000063

didn't appear to matter how she achieved it.

**Scroll down for more ...**



Hollywood highlights: Warren Beatty was 'a terrific one night stand'

She doesn't flinch as she reels off the names of one-night stands and adulterous flings she had with some of the top film stars of her generation.

Indeed, the list is so long that she brings a crib-sheet to our interview so that she doesn't forget any of them.

It reads like a who's who of Hollywood greats, and while some may question its veracity, she has enough photographs of

LENNON 000064

herself with the stars to lend considerable credence to what she says.

Robert De Niro, Richard Gere, Warren Beatty, Robin Williams and Matt Dillon are among the American contingent she claims to have seduced.

And Britain is well-represented by the likes of Peter Sellers, Anthony Hopkins, Rod Stewart and Sean Connery. (Mallory preferred the British stars - "they're so much more fun than the Americans".)

**Scroll down for more ...**



Conquests: Warren Beatty, Richard Gere, Robert De Nero and Peter Sellers

ENLARGE

She married the artist Ronald Mallory, was engaged to Picasso's illegitimate son Claude, rejected the sexual advances of Albert Finney and Jack Nicholson, and sent Princess Diana's last lover Dodi Fayed into a jealous, cocaine-fuelled, glass-smashing rage.

She counted The Who's drummer Keith Moon, Dudley Moore and Monty Python's Terry Jones among her closest friends, and freely admits there was a time when she lived on sleeping pills, cocaine, valium and wine.

Mallory was first attracted by wealth and celebrity when she worked as an air stewardess in the 1960s.

"I wanted to see the world. I flew from New York to London to Tehran to Bangkok and back again. The celebrities in the first-class cabin always got free drinks, and I remember thinking: "I want to be famous because you get everything free."

"I stole the mini bottles and used them to knock me out when I had jet lag. Then I became addicted to sleeping pills. It was the start of a long battle with alcoholism and drug abuse.

"I never managed to conquer my air sickness. I'm 5ft 6in tall, but weighed just 7st 7lb because I was constantly throwing up.

"Several people suggested I try modelling, so I went to Paris. Within three months I was on the cover of French Vogue. Before long I was on the covers of Cosmopolitan, Newsweek and Parade. There were parties and dinner invitations every night of the week."

**Scroll down for more ...**

LENNON 000065



Norman Mailer: Novelist who had a long-term affair with Carole Mallory

In 1968, aged 27, she married sculptor Ronald Mallory – ditching her maiden name, Wagner.

The Mallorys were a glamorous couple, whose dinner parties made the glossy magazines. But within two years the relationship was on the rocks.

She started acting classes and had a brief fling with fellow student Richard Gere - an affair she resumed years later in Hollywood.

Then she fell in love with Claude Picasso.

"The fashion designer Diane von Furstenberg introduced us at the Hippopotamus club in New York," Carole says.

"I was with my husband, but Claude asked me to dance to Gloria Gaynor's I Will Survive. He danced like a bullfighter and I was hooked.

"I couldn't get him out of my mind and a while later I ran into him outside *my acting class. We arranged a date for that evening.* He bought me daisies and moved in that very night."

http://www.dailymail.co.uk/femail/article-563593/The-siren-conquered-Hollywood-Sociali...   9/28/2008

LENNON 000066

Carole's eyes sparkle when she speaks of Claude. He appears to be the big love of her life and the hurt over their break-up four years later - ironically, over Carole's small role in the anti-feminist movie The Stepford Wives - still seems fresh.

After that, Carole threw herself into auditions. When she heard about an erotic movie called The Fan Club, featuring a sex symbol retiring from Hollywood, she sent casting agents a photo of herself in a crocheted bikini.

"Brigitte Bardot and Raquel Welch had turned it down because of the nude scenes," she says.

"I won the role over 1,500 others due to that shot. I moved to Hollywood on the strength of it, but the movie never got made - it was too filthy. That's when I started dating the stars. I was the new girl in town - everyone wanted to go out with me."

She reconnected with Richard Gere - and was shocked by how much he'd changed.

"In our New York acting class he was a rebel, accused of copying James Dean's style. He was outrageous and defiant. Then he moved to Hollywood and started to play the power game. He was aware of how Hollywood worked and he was no longer the bad boy."

Their affair soon fizzled out. But Carole was hardly short of dates - although even now she seems blind to the way the male stars of Hollywood used young women such as herself.

She spent a night with legendry lothario Warren Beatty, whom she describes as "a terrific one-night stand".

She refused to see him again after he passed on her name to his friend Jack Nicholson.

"Of course, I fancied Jack. Who wouldn't? But he was living with Anjelica Huston and he refused to buy me dinner. I felt that if he couldn't be seen with me, I couldn't be bothered to sneak into his hotel suite."

Carole lived in the Chateau Marmont hotel - then a cheap place for artists and struggling actors.

On her way back from the pool one day, she was chatted up in the lift by what she initially thought was a maintenance man wearing a baseball cap pulled over his face.

"It was Robert De Niro," she says.

"We travelled three floors together in the elevator and by the time he got out, we'd fixed a date.

"He was married to Diahnne Abbott at the time, but we saw each other constantly for two weeks. Then we were at a party and he refused to acknowledge me.

"Ryan O'Neal knew what was going on and told him to at least say hello. He objected. That was it for me. De Niro really didn't respect women very much."

She was introduced to troubled British comic genius Peter Sellers by film director Roman Polanski at a party in 1976.

"We went back to his house, had lots of alcohol and listened to Spike Milligan and Harry Secombe of the Goons on the radio. We laughed and laughed, then fell into bed," she says.

"Peter was wonderful but so troubled. We both suffered from low self-esteem. It's not a good match."

Throughout Carole's promiscuous lifestyle a good match seemed elusive.

She spent 12 months dating Rod Stewart - while he was still with Britt Ekland - and then made the relationship-wrecking mistake of introducing him to Alana Hamilton, his future wife.

"She actually told me she thought he had a big nose and then they went off into the sunset together."

Carole admits she has always had a penchant for toy-boys - and has had a one-night stand with Matt Dillon - but some were less fun than others.

LENNON 000067

The siren who conquered Hollywood: Socialite Carole Mallory on her flings with the rich... Page 8 of 11

A cocaine-filled tryst at The Beverly Hills Hotel with the then 22-year-old Dodi Fayed ended violently.

"I'll probably get killed for telling this," she says.

"Dodi and a short Iranian friend of his invited me back for cocaine. Dodi made a play for me, but I preferred his friend and we ended up in bed together. Dodi went berserk and started smashing wine glasses into the fireplace."

Albert Finney asked Carole if she'd like to be the second woman in his life.

"He was with Diana Quick at the time and I didn't want to play second fiddle to her," she says.

By then Carole was living in an apartment in Rudolph Valentino's old Hollywood mansion and appearing on American TV shows such as Charlie's Angels, Fantasy Island, All In The Family and Angie Dickinson's Police Woman.

But she kept her flat in New York and returned regularly.

On a visit to Manhattan, a producer friend suggested dinner with James Bond star Sean Connery. Perhaps inevitably, the Scottish actor wheedled an invite back to Carole's.

"We saw each other a few times, but he was married and I hated having to sneak around," Carole says.

"The affair fizzled out. Sean had no respect for women, but at least I got a meal on him."

Ask Carole who was her best lover and her blue eyes flash cheekily.

"I'd hate to hurt anyone's feelings by saying who was the best," she says.

"You can't do that to men. They're so insecure. But I'll tell you who was the worst in bed. It was Sean Connery. Let's just say he didn't leave a very big impression."

But the defining relationship of her life began in 1983 when she met Norman Mailer at New York's literary watering hole Elaine's.

He was with his last wife, Norris, but his reputation for abusing women preceded him.

The Pulitzer Prize winner had been briefly locked up in a psychiatric hospital for attacking his second wife, Adele, with a penknife and his bad-boy reputation was legendary.

"Actually, I thought he was thoroughly charming," Carole says.

"I invited him out for a cheeseburger because I wanted him to read the manuscript of my memoirs.

"I'd taken writing classes, but I was struggling. I fell in love over that cheeseburger because he actually took time to read some chapters.

"A few weeks later I was back in Hollywood and he called to say he was, too. He invited me to his hotel and told me to bring the manuscript. He had a way of reading by simply throwing the book open at a random page and just doing so.

"The manuscript fell open at the Warren Beatty chapter. He read it aloud and we both got turned on. The next thing you know, we were in bed having sex."

Carole pauses as she considers her affair with Mailer.

"Actually, don't say sex. We were making love," she says.

She jokes that she wasn't merely Mailer's lover, she considers herself his unofficial seventh wife, and she believes Norris knew all about it.

http://www.dailymail.co.uk/femail/article-563593/The-siren-conquered-Hollywood-Sociali... 9/28/2008

LENNON 000068

Despite a life defined almost exclusively by sexual encounters, Carole insists that their affair was as much a meeting of minds as bodies.

"Of course, the sex was important at the beginning," she says.

"But he loved to read my words. He told me to forget acting and to become a writer. He taught me so much. He made me keep a Roget's Thesaurus in the glove compartment of my car and taught me to use new words. He dared me to write a 50-page sex scene - that's in the Harvard papers - and got turned on reading it."

In 1988, she published a novel, Flash, about a young woman seeking fame, who sleeps with a dizzying array of men. Autobiographical? No, she insists, it was fiction.

Mailer wrote a blurb for the book cover, describing it as wickedly funny. The critics didn't agree and slated it.

Hardly surprising that she has not had a book published since.

Carole doesn't believe Mailer was faithful to her during their nine-year affair, claiming the abrasive chauvinist had a "polygamist's heart".

"He was not the sort of man I wanted to marry," she says.

"And I'm sure he had other relationships. Towards the end, he became monstrous and controlling."

By then, she says, he was acting like a dirty old man and asking her to fulfil a number of bizarre fantasies.

In extracts from her diaries, she wrote: "He does sexually to me what he likes done to him."

She named a gay man Mailer wanted to join them in bed for a threesome and a married male friend she thought he was sleeping with.

Once, Carole wrote in her journal: "He is so ashamed of what he likes."

Despite their deteriorating relationship, Carole said she was heartbroken when Mailer abruptly ended it.

"It wasn't the sex," she says.

"It was our friendship I missed. I was his muse, he was my mentor."

In conversation, Carole, who is still beautiful and could pass for a woman 20 years younger, constantly mentions her low self-esteem.

But when I ask if she was looking for love in all the wrong places by embarking on one-night stands and brief flings with famous men who would surely hurt her, she insists it was she who was seeking the thrills.

"When a famous man sleeps with lots of women that's OK. So why can't a starlet do the same? Do I have any regrets about all the men I was with? No. I had lots of fun."

"I learned a lot about men, that was good. It helped me select my current husband, who's the most wonderful man ever."

She met 40-year-old electrician Kenneth Gambone when she moved back to her home state of Pennsylvania to nurse her ailing mother. They were introduced by mutual friends.

The irony is that Mallory has at last found love - but nowhere near the world of fame and celebrity, where she had sought it for so long.

## Comments (3)

LENNON 000069

Isn't it interesting how women who live like this always include anecdotes displaying their high moral standards.
e.g.
"Of course, I fancied Jack. Who wouldn't? But he was living with Anjelica Huston and he refused to buy me dinner. I felt that if he couldn't be seen with me, I couldn't be bothered to sneak into his hotel suite."
She turned down Albert Finney because he was with Diana Quick at the time and didn't want to play second fiddle to her.
A good example of how these women can be self-serving and self-deluding at the same time.

- Bob Grant, London, 03/5/2008 10:24


Can anyone enlighten me as to why when someone such as Mallory sleeps with loads of guys, she is a free spirit, unconventional and is celebrating life, but that when an unknown young woman from, say, a council estate is equally free with her favours, she is merely a promiscuous tart? These things do sincerely puzzle me.

- Patrick Powell, st breward, 03/5/2008 05:59


Kiss and tells are never classy love, especially when you've had that many.

- Stella, Yorkshire, England, 03/5/2008 00:59

Online Catalogues
Healthy Eating
Laser Eye Surgery
Contact Lenses
Mobile Phone Deals



**Associated Northcliffe Digital**

Part of the Daily Mail, The Mail on Sunday, Evening Standard & Metro Media Group
© 2008 Associated Newspapers Ltd

LENNON 000070

THE NEW YORK TIMES, THURSDAY, MAY 6, 2010

## Up Close

# The Mistress's Song



JOSHUA BRIGHT FOR THE NEW YORK TIMES

**THE MUSE** Carole Mallory, who has written about her affair with Norman Mailer, comes to the defense of mistresses.

### 'I didn't set out to be an other woman in history.'

**By ALEX WILLIAMS**

I DON'T like the way mistresses are being maligned in the press today," said Carole Mallory, her voice indignant as she looked up from her salad at Gallagher's Steak House on West 52nd Street, where she and Norman Mailer frequently dined during their volunteering for it, even though Mr. Mailer once warned her that, if they were ever exposed, "You'll be viewed as a very bad lady."

"I didn't set out to be an other woman in history," said Ms. Mallory, wearing a vintage gold silk top by Mary McFadden and a black blazer by Richard Tyler (another old boy-friend she mid) But her decession

your panties," he said soon after, according to the book. "I want to experience your soul."

For the next several years, they met in New York or Los Angeles, or during book tours. It was never exactly a public relationship, although Mr. Mailer often took her to the theater or to restaurants. At Gallagher's

P. 2

MAY 13, 1996

FROM

# The Transom

## FRANK DIGIACOMO

THE PICASSOS AND CAROLYN MALLORY, Everybody Out: Attorney

Tom hasn't said many of the faces of Carole Mallory's soliloquies past. At 54, she has lost the model's figure and looks that put her in the pages of *Playboy*, *Esquire* and *GQ*, as her again in *The Stepford Wives* and *Mad* magazine's *Celebrity Conquest*—Robert De Niro, Norman Mailer, Warren Beatty and Richard Gere among them—that fueled a highly-sexed 1988 *memoir*, *Loving Picasso*.

Ms. Mallory's troubles are not with her volatile affair with Claude Ruiz-Picasso, the legitimate son of the artist Ruiz-Picasso, with whom she said, lived with her from 1971 to 1975. Spurned by his famous father, Mr. Ruiz-Picasso struggled to make his own name: as a photographer. "Claude moved into our apartment after our second date," Ms. Mallory told The Transom. Mr. Picasso reportedly introduced Ms. Mallory to the French couture, and in 1973, but by that time the French couture had equally acknowledged Mr. Ruiz-Picasso as the artist's son and appointed him administrator of Picasso's massive estate, the couple had gone their separate ways.

Twenty years have decomposed all but the skeleton of nostalgia from that relationship, but Ms. Mallory said that there is still one title linking her and Mr. Ruiz-Picasso. And it's not a happy one. During their four-year affair, Mr. Mallory said, Mr. Ruiz-Picasso's mother, Françoise Gilot, presented her with gifts "to thank me for giving Claude a home and supporting him." The tokens of Ms. Gilot's gratitude: nice pieces of silver jewelry created by Picasso, one of which bears a portrait of Claude as a child. Ms. Mallory has alleged that she is involved in a tug-of-war with Mr. Ruiz-Picasso and other members of the family over the images of the baubles. She claimed that Mr. Ruiz-Picasso is withholding a letter of authentication that she is seeking for the jewelry she...

intrigued by the idea of reproducing the jewelry and selling the pieces via the Home Shopping Network. Ms. Mallory said that her friend, art consultant Sam Green, offered to hook her up with someone she knew from Home Shopping Network. About the same time, Mr. Green also set up a meeting with Richard Widmaier-Picasso, then a SoHo restaurateur. Mr. Picasso's mother, Maya Widmaier-Picasso, is Claude Ruiz-Picasso's half-sister and another co-administrator of Picasso's estate. Green and Widmaier-Picasso are two sets of photos of the art and sent to Ms. Widmaier-Picasso in the hopes that

golden "wild fantasies. I haven't spoken to Richard Picasso since I introduced them. I was only trying to help her out."

Ms. Mallory sent registered letters to the Widmaier-Picassos and Mr. Ruiz-Picasso and Home Shopping Network, demanding the return of my photos and negatives of the jewelry. To date, only Home Shopping Network, her complaint, Mr. Widmaier-Picasso said that she was "surprised" by Ms. Mallory's response. "She made me feel like a criminal, when I was just doing a favor," he said.

The Picasso estate and its administrator have continued to ignore her, but Ms. Mallory has vowed that...

## the glass eye

THE TRUTH IS OUT THERE. *X-Files* star Gillian Anderson signs some autographs outside the *Vanity Fair* party for the White House Correspondents' Association at the Washington Hilton on May 4. A few days earlier, former HBO chairman Michael Fuchs and sociable Blaine Trump...

And the quintessential couple evening? Mort Zuckerman, the world co-owner of the New York *Daily News*, *U.S. News & World Report*, and Conrad Black, the Canadian co-owner of the Hollywood schmoozologist at maxer, Steve Ross. (Rumors of a relationship didn't stop the similarity to...Asia late last year.) Regardless of the state of the relationship...friends of Mr. Zuckerman...Black wouldn't seem to know she would be with Mr. Zuckerman...Ross, which hoping that this Beltway experience seemed to be rely the period.

At times, the socializing got down political. When Mort star Anthony Haden walked into the room, he was set upon, pack of middle-aged groups, who were warned to evacuate the stunned smart...there a bit in the Washington circuit. Zuckerman star June Lockhart getting kissed. "She's it." George Will, who was known to write about the pinstripe run Wa. Wa. Lockhart attempting to get up." The Transom asked Mr. Haden laughed. "She's the hot ticket."...

The crowd eventually queued up financial democrats that stood between the the dining room. My body suggest The pictures seemed to spike a little as the crowd watched Oliver Stone pass through to vice. Mr. Stone chided a young fellow at the Keaton's...

Keynote speaker Al Franken's appearance Mr. Stone after making Don Imus Franken's imitation of Mr. Imus broadcast Franklin Delano Roosevelt as a political...

LENNON 000072

## INTELLIGENCER



**Norman Mailer:**
*All those Ancient Evenings*



**Gwyneth Paltrow:**
*De-Kleining Calvin*

one in the country with a majority of Jewish voters. That changed with the last redistricting, but you'd never know it from the cast of characters who are talking about running for his seat if Schumer opts to run for governor, as expected. Assembly members **Dov Hikind** and **Melinda Katz** and Councilmen **Anthony Weiner** and **Noach Dear** are among the names being tossed about. Last week, Dear held his most successful fund-raiser ever, raising almost $500,000 at a kosher catering house in Brooklyn. "It's a seat I've been looking at," confirms Dear. Schumer himself attended Dear's fundraiser, along with Transportation secretary Federico Peña,

# SMART WOMEN, FOOLISH CHOICES

**Norman Mailer** may get a lot more exposure than he bargained for if two tell-alls by his exes ever see the light of day. **Carole Mallory**, a former model and self-proclaimed sex addict, is shopping around a memoir of her nine-year relationship with the author, and sources say it's brimming with intimate details more graphic than even we want to know. Mallory, author of the steamy 1988 thriller *Flash*, says *A Woman's Story* is "a really, really honest" account of the liaison that began in 1983 when she met the then-married novelist at—of course—Elaine's. Mallory says she now "regrets" the relationship: "We came to a very sad end. [Mailer] was a mistake, a foolish choice," although she ventures, "I *would* welcome a book-jacket blurb from him." Meanwhile, Mailer's second wife, **Adele**—whom he famously stabbed at a party—is shopping around her own Mailer memoir, *The Last Party*. Says her agent, **Philippa Brophy**, of the dueling memoirs, "Adele's is a memoir of her life with him and a social history of the fifties and sixties. It should be *very* different from Mallory's."

Senator Joseph Lieberman, and Mayor Giuliani. As to his rich purse: "It's a miracle," Dear exults.

# AL'S NEW GAL PAL; GWYN'S NEW GIG

**FIRST BASE:** Senator **Al D'Amato**—who didn't call **Claudia Cohen** on Valentine's Day—already has a new girl. She's **Kathryn Finley**, whose father, onetime owner of the Oakland A's, just died last month. D'Amato evidently met the toothsome redhead on a trip to Chicago, and has been escorting her around Washington these days. He took her to the Capital Grille last week, appropriately attired in a baseball cap.
**PLAY BALL:** Agitated Hamptons polo fans can relax: the season will go on—well, maybe. In an unusual NIMBY scenario, neighbors of the Bridgehampton Polo Club are suing to derail the summer polo season, even though the Southampton town board voted to allow six matches. Rich entrepreneur **Neil Hirsch** says he and fellow club co-owner **Peter Brant** are "very excited" by the town's support. But **Judd Burstein**, the lawyer for the dissenting neighbors, demurs: "If I were

a betting man, I would not be putting my money on these matches going forward."
**A SUPER MESS:** It isn't easy managing Manhattan apartment buildings. Brown Harris Stevens's **Michaele McCarthy** was meeting with a super, **Nicholas Hebra**, in a tony Upper East Side building recently, charged with the unpleasant task of firing him.

Still, it came as a shock when the super pointed a .22-caliber rifle at her. "It was about eight inches from my forehead, and I'm looking down the barrel," recalls McCarthy, who had the presence of mind to push the barrel away from her face. When Hebra pulled the trigger, the bullet went into the ceiling. Hebra was charged with attempted murder, assault, and reckless endangerment; his attorney, Ken Schreiber, calls the incident "an unfortunate accident."
**UNPALTRY PALTROW:** Talk about too much of a good thing: **Gwyneth Paltrow's** got **Brad Pitt**, she's got a rising career in Hollywood, and she almost had Calvin Klein's new ad campaign. The deal was nearly sealed for her to do Calvin Klein's collection ads next week when she got a better offer. Instead, she's in Virginia, starring opposite **Jessica Lange** in TriStar's *Kitronan*.

*Additional reporting by Maria Ricapito and Matthew Pincus.*

# SORRY, RIGHT NUMBER

Be careful the next time you give out the phone number of a well-known friend. *POPsmear*, a local do-it-yourself quarterly, has a number of celebrities up in arms over its practice of listing the home numbers of such heavy hitters as **Barry Diller**, **Barbara Walters**, and **Michael Eisner**. Apparently, some of the listed were so irked at the public airing of their digits that they fired off calls to NYNEX demanding an investigation. In response, the phone company sicced its security unit on the *POPsmear* editor, who goes simply by **James**, to find out where he was getting his information. When he refused to give up his sources, NYNEX threatened a thorough investigation into the matter. While neither confirming nor denying the incident, a company spokesman warns: "We have guidelines against our employees' providing this kind of information." Though *POPsmear* vows to keep publishing, its editor admits he's a little shaken by the threatening phone call. "I just wanted to get off the phone as soon as possible," says James with a sigh. "We're a small operation, and a lawsuit would only make us smaller."



**POPsmear:**
**212-477-4502**

Photographs: top to bottom, Frank Ockenfels 3/Outline; Barry King/Gamma-Liaison.

**LENNON 000073**

B2 **City & Region**      4-24-08                    THE BOSTON GLOBE

# Purported mistress sells Mailer lessons

## Harvard acquires edited items from Pa. woman, 66

By Jay Lindsay
ASSOCIATED PRESS

An actress and writer who says she was Norman Mailer's longtime mistress has sold papers to Harvard University that includes lengthy accounts of their sex life and hand-edited drafts of her writing.

Carole Mallory saved seven boxes of materials she said she collected during Mailer's weekly visits between 1983 and 1992, while Mailer was married to his sixth and last wife, Norris Church.

"We'd have a writing lesson, we'd make love, and then go to lunch in whatever order that would be and I saved all the writing lessons," said Mallory, 66. "I

wanted him to teach me to be a writer. He was one of our greatest writers in America."

Mallory, who appeared in movies including "The Stepford Wives" and modeled, will not say how much she was paid, and neither will Harvard, Mailer's alma mater. The school received the papers within the last month, said Beth Brainard, spokeswoman for the Harvard library. She said the school pursued the papers because of Mailer's importance, and because he was a Harvard graduate.

"It's important to have Mailer represented in some way in the collection," Brainard said.

Mailer, who died in November at age 84, sold his own archives to the University of Texas for $2.5 million.

Mallory, who lives in Jeffersonville, Pa., said she waited to release the papers until after his death out of respect for Mailer and his fam-



**GUIDING LIGHT**

Mailer emphasized writing principles such as: keep dialogue punchy, stay away from adverbs, and don't lecture the reader.

ily. She said she decided to sell the collection because "I knew they were valuable and I wanted to have some more money".

She added that she wanted to set the record straight, and be a part of history.

The collection includes photos, transcripts of interviews with Mailer, handwritten edits of Mailer's work, and scraps from writing lessons he gave. Mallory recalls the principles Mailer emphasized, such as: keep the dialogue punchy; stay away from adverbs; and don't lecture the reader.

The collection also contains Mallory's unpublished memoir, including a 20-page sex scene with Mailer, and a 60-page sex scene she said was based on her relationship with Mailer that she wrote for one of her books. She said Mailer had challenged her to write one that long.

"I don't believe in shame," Mallory said. "I believe in making love and love. I'm not going to go around and harbor secrets or shame about . . . loving someone. And I don't think sex is something to be ashamed of."

LENNON 000074