IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLE MALLORY,<br><br>    Plaintiff,<br><br>v.<br><br>S & S PUBLISHERS, et al.,<br><br>    Defendants. | CIVIL ACTION<br>NO. 14-5702 |

# ORDER

**AND NOW**, this 9th day of May 2017, upon consideration of Defendants' Motion for Summary Judgment (Doc. Nos. 93-94), Plaintiff's Response in Opposition to the Motion for Summary Judgment (Doc. No. 101), Defendants' Reply (Doc. No. 106), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendants' Motion for Summary Judgment (Doc. No. 93-94) is **GRANTED**. It is **FURTHER ORDERED** that the Clerk of Court shall close this case for statistical purposes.

                   BY THE COURT:


                   /s/ Joel H. Slomsky
                   JOEL H. SLOMSKY, J.